# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:**<br><br>**LEGENDARY FIELD EXHIBITIONS, LLC and EBERSOL SPORTS MEDIA GROUP, INC.,**<br>Debtors. | § § § § § § § § | **CASE NO. 19-50900-cag**<br>**Chapter 7** |
| **COLTON SCHMIDT AND REGGIE NORTHRUP**<br>Plaintiffs,<br>vs.<br><br>**AAF PLAYERS, LLC, THOMAS DUNDON, CHARLES "CHARLIE" EBERSOL, LEGENDARY FIELD EXHIBITIONS, LLC, AAF PROPERTIES, LLC, EBERSOL SPORTS MEDIA GROUP, INC.**<br>Defendants. | § § § § § § § § § § § § § § § § | **ADV. PROC. 19-05053-cag** |

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

CAME ON for consideration the *Motion To Dismiss With Prejudice The "Class Action Complaint For Damages" Pursuant To Fed. R. Civ. P. 12(b)(6)* filed by Defendant Charles

"Charlie" Ebersol. The Court, having considered the Motion, finds and concludes that it should be, and hereby is, GRANTED. It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED** that the claims against Defendant Charles Ebersol in the above-referenced adversary are hereby DISMISSED with prejudice.

**SO ORDERED**.

# # #

Submitted by:

**LANGLEY & BANACK, INC.**
David S. Gragg
Natalie F. Wilson
745 E. Mulberry, Suite 700
San Antonio, Texas 78212
Tel. (210) 736-6600
Facsimile: (210) (735-6889

**ATTORNEYS FOR DEFENDANT
CHARLES "CHARLIE" EBERSOL**