# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and Ebersol Sports Media Group, Inc.**, Debtor(s)

Adversary Proceeding No.: 19–05053–cag

Judge: Craig A. Gargotta

**Colton Schmidt et al.**
Plaintiff

v.

**AAF Players, LLC et al.**
Defendant

## RULING
## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on  **1/13/20 at 10:00 AM**

RULING Upon the Following: (related document(s): 14 Jury Demand filed by Katharine Battaia Clark for Plaintiffs Reggie Northrup, Colton Schmidt) Ruling Scheduled For 1/13/2020 at 10:00 AM at SA Courtroom 3 (Elizondo, Lisa)

Dated: 12/10/19

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]