# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and Ebersol Sports Media Group, Inc.**, Debtor(s)

Adversary Proceeding No.: 19–05053–cag

Judge: Craig A. Gargotta

**Colton Schmidt et al.**
Plaintiff

v.

**AAF Players, LLC et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on  **1/13/20 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 38 Defendant Thomas G. Dundon 's Motion to Dismiss Case For Failure To State A Claim For Relief filed by Brent D. Hockaday for Defendant Thomas G. Dundon (Attachments: # 1 Proposed Order)(Hockaday, Brent) Modified on 11/25/2019 ., 46 Motion To Dismiss Plaintiffs' First Amended Class Action Complaint For Damages With Prejudice Filed by William N Radford for Defendant Charles Ebersol. (Attachments: # 1 Proposed order) (Radford, William) Modified on 11/26/2019 (Paez, Daniel). Related document(s) 23 Amended Complaint filed by Plaintiff Colton Schmidt, Plaintiff Reggie Northrup. Modified on 11/26/2019 .) (Elizondo, Lisa)

Dated: 12/18/19

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]