# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE: Legendary Field Exhibitions, LLC and
Ebersol Sports Media Group, Inc.
Debtors

Case No: 19-50900-cag

Schmidt et al.
v.
AAF Players, LLC et al.

Chapter 7

Adv. Proc. 19-05053-cag

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _Michael J. Saltz_ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent _Charles "Charlie" Ebersol_ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   _Jacobson, Russell, Saltz, Nassim & de la Torre, LLP_,

   with offices at

   Mailing address: _1880 Century Park East, Suite 900_
   City, State, Zip: _Los Angeles, California 90067_
   Telephone: _(310)446-9900 Ext. 201_ Fax: _(310) 446-9909_
   Email Address: _msaltz@jrsnd.com_

2. Since _August 1997_, Applicant has been and presently is a member of and in good standing with the Bar of the State of _California_. Applicant's bar license number is _189751_.

3. Applicant has been admitted to practice before the following state and federal courts:

Court:  Admission date:

_All Courts in the State of California_  _August 1997_

_US District Court - Central District_  _November 1998_

_US District Court - Northern District_  _April 2006_

_US District Court of Appeals_  _January 6, 2015_

_US District Court - Eastern District_  _March 2015_

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_N/A_

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_N/A_

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. ● Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

○ Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of *Michael J. Saltz* to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

*/s/ (signature)*
[Signature of Applicant]

*Michael J. Saltz*
[Printed name of Applicant]

*1880 Century Park East, Suite 900*
*Los Angeles, California 90067*
[Address of Applicant]

*(310) 446-9900*
[Telephone of Applicant]

*msaltz@jrsnd.com*
[Email address of Applicant]

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that on December 18, 2019, true and correct copies of the foregoing document were served electronically via the Court's CM/ECF system to all those entitled to receive service in this adversary proceeding and to all counsel of record via email, as follows:

| Attorneys for Plaintiffs | Attorneys for Co-Defendant Dundon |
|---|---|
| Boris Treyzon<br>Jonathon Farahi<br>ABIR COHEN TREYZON SALA, LLP<br>16001 Ventura Blvd., Suite 200<br>Encino, California 91436<br>btreyzon@actslaw.com<br>jfarahi@actslaw.com | Jason I. Bluver<br>Leila Narvid<br>PAYNE & FEARS, LLP<br>235 Pine Street, Suite 1175<br>San Francisco, California 94104<br>jib@paynefears.com<br>ln@paynefears.com |
| Joshua L. Hedrick<br>Katharine Battaia Clark<br>Britton D. McClung<br>HEDRICK KRING, PLLC<br>1700 Pacific Avenue, Suite 4650<br>Dallas, Texas 75201<br>josh@hedrickkring.com<br>kclark@hedrickkring.com<br>britton@hedrickkring.com | Brent D. Hockaday<br>Jeffrey S. Lowenstein<br>Brent A. Turman<br>BELL, NUNNALLY & MARTIN, LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, Texas 75201<br>bhockaday@bellnunnally.com<br>jlowenstein@bellnunnally.com<br>bturman@bellnunnally.com |

| Attorneys for Chapter 7 Debtors | Attorneys for Chapter 7 Trustee |
|---|---|
| William A. "Trey" Wood, III<br>BRACEWELL, LLP<br>711 Louisiana, Suite 2300<br>Houston, Texas 77002<br>Trey.wood@bracewell.com | Steve Turner<br>Brian S. Engel<br>BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP<br>3809 Juniper Trace, Suite 205<br>Austin, Texas 78738<br>brianen@bdfgroup.com<br>wdecf@bdfgroup.com |

Chapter 7 Trustee

Randolph N. Osherow
342 West Woodlawn Avenue, Suite 100
San Antonio, Texas 78212
rosherow@hotmail.com

By: */s/ Aaron B. Michelsohn*