

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 12, 2020.**

_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § § § § § § § § LEGENDARY FIELD EXHIBITIONS, LLC, ET AL, DEBTORS. | CASE NO. 19-50900-CAG-7 CHAPTER 7 |
| COLTON SCHMIDT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMLARLY SITUATED; AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, § § § § § § § § § PLAINTIFFS, § § AAF PLAYERS, LLC, THOMAS DUNDON, § CHARLES "CHARLIE" EBERSOL, § LEGENDARY FIELD EXHIBITIONS, § LLC, AAF PROPERTIES, LLC, EBERSOL § SPORTS MEDIA GROUP, INC. AND § DOES 1 THROUGH 200, INCLUSIVE § § DEFENDANTS. § | ADV. PROC. NO. 19-05053 |

**ORDER ON DEFENDANT CHARLES EBERSOL'S MOTION TO DISMISS**
**PLAINTIFFS' FIRST AMENDED COMPLAINT**

Page 1

### ORDER ON DEFENDANT CHARLES EBERSOL'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Before the Court is Defendant CHARLES "CHARLIE" EBERSOL'S ("Ebersol") Motion to Dismiss Plaintiffs COLTON SCHMIDT and REGGIE NORTHUP, individually and on behalf of others similarly situated (collectively, "Plaintiffs") First Amended Complaint (ECF No. 46) ("Ebersol's Motion"), which was heard concurrently with Defendant THOMAS DUNDON'S ("Dundon") Motion to Dismiss Plaintiffs' First Amended Complaint (ECF Nos. 38 and 39) ("Dundon's Motion").

The Court granted Dundon's Motion with prejudice and without leave to amend as to Count VIII (Inducing Breach of Contract). The Court also granted Dundon's Motion without prejudice and leave to amend within fourteen (14) calendar days from the date of the entry of the order on Dundon's Motion as to Counts III (Promissory Estoppel); VI (Fraud); and VII (Promissory Fraud).

Having considered the same, and for the reasons stated on the record on February 5, 2020, the Court hereby **ORDERS** that Ebersol's Motion is **GRANTED IN PART AND DENIED IN PART**. Ebersol's Motion is granted with prejudice and without leave to amend as to Count IV (Violation of Cal. Labor Code § 201, *et seq*.) and denied as to Counts III (Promissory Estoppel); VI (Fraud); and VII (Promissory Fraud). Ebersol must file an answer to Plaintiffs' Second Amended Complaint within fourteen (14) calendar days of Plaintiffs' filing of said Second Amended Complaint.

###

Respectfully submitted on February 11, 2020

*/s/ Jonathon Farahi*
**Boris Treyzon** (CA SBN 18893)
**Jonathon Farahi** (CA SBN 324316)

**Abir Cohen Treyzon Salo, LLP**
16001 Ventura Boulevard, Suite 200
Encino, California 91436
btreyzon@actslaw.com
jfarahi@actslaw.com                                              **COUNSEL FOR PLAINTIFFS**