UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:

LEGENDARY FIELD EXHIBITIONS, LLC, et al.

DEBTORS.

CASE NO. 19-50900-cag

CHAPTER 7

COLTON SCHMIDT, et al.,

PLAINTIFFS,

v.

AAF PLAYERS, LLC, et al.,

DEFENDANTS.

ADV. PROC. NO. 19-05053-cag

JUDGE CRAIG A. GARGOTTA

## DEFENDANT THOMAS G. DUNDON'S
## CERTIFICATE OF SERVICE FOR DEFENDANTS' BRIEF IN SUPPORT OF
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR RELIEF

I certify that on March 9, 2020, I electronically filed Defendant Thomas G. Dundon's Brief in Support of Defendant Thomas G. Dundon's Motion to Dismiss, ECF No. 95, with the Clerk of Court for the U.S. Bankruptcy Court, Western District of Texas using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: March 10, 2020 Respectfully submitted,

**BELL NUNNALLY & MARTIN, LLP**

/s/ *Brent D. Hockaday*
Jeffrey S. Lowenstein
Texas Bar No. 24007574
jlowenstein@bellnunnally.com
Alana K. Ackels
Texas Bar No. 24066760
aackels@bellnunnally.com
Brent D. Hockaday
Texas Bar No. 24071295
bhockaday@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214.740.1400 (Telephone)
214.740.1499 (Facsimile)

**ATTORNEYS FOR DEFENDANT
THOMAS G. DUNDON**

## SERVICE LIST

Katharine Battaia Clark
Hedrick Kring, PLLC
1700 Pacific Ave., Ste. 4650
Dallas, TX 75201
Email: KClark@HedrickKring.com

Jonathon S. Farahi
Boris Treyzon
Abir Cohen Treyzon Sala, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
Email: JFarahi@actslaw.com
Email: btreyzon@actslaw.com

*Counsel for Plaintiffs*

William N. Radford
Aaron B. Michelsohn
Thompson, Coe, Cousins & Irons, L.L.P.
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201
Email: wradford@thompsoncoe.com
Email: amichelsohn@thompsoncoe.com

*Counsel for Defendant Charles "Charlie" Ebersol*

Brian S. Engel
Barrett Daffin Frappier Turner & Engel
3809 Juniper Trace, Suite 205
Austin, TX 78738
Email: brianen@bdfgroup.com

Randolph N. Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212
Email: rosherow@hotmail.com

*Counsel for Trustee Randolph N. Osherow*

/s/ *Brent D. Hockaday*
Brent D. Hockaday