# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and Ebersol Sports Media Group, Inc.**, Debtor(s)

Adversary Proceeding No.: 19–05053–cag

Judge: Craig A. Gargotta

**Colton Schmidt et al.**
Plaintiff

v.

**AAF Players, LLC et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     VIA TELEPHONE

on     **4/13/20 at 01:30 PM**

TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (877) 336–1831 Access Code 5045963 – IF AN EVIDENTIARY HEARING IS REQUIRED PLEASE CONTACT LISA ELIZONDO AT lisa_elizondo@txwb.uscourts.gov (related document(s): 91 Plaintiff's Motion for Leave to File Third Amended Complaint Filed by Jonathon S. Farahi for Plaintiffs Reggie Northrup, Colton Schmidt. (Attachments: # 1 Exhibit Plaintiffs' Third Amended Complaint # 2 Affidavit Declaration of Jonathon Farahi # 3 Proposed Order Proposed Order) (Farahi, Jonathon) Modified on 2/27/2020 .) Hearing Scheduled For 4/13/2020 at 01:30 PM at VIA TELEPHONE (Elizondo, Lisa)

Dated: 3/20/20

                                                     Barry D. Knight
                                                     Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]