

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 02, 2020.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-50900-CAG-7 |
| LEGENDARY FIELD EXHIBITIONS, LLC, ET AL, | § § | |
| | § | CHAPTER 7 |
| DEBTORS. | § | |
| | § § | |
| COLTON SCHMIDT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMLARLY SITUATED; AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, | § § § § § § § | |
| PLAINTIFFS, | § § | ADV. PROC. NO. 19-05053 |
| AAF PLAYERS, LLC, THOMAS DUNDON, CHARLES "CHARLIE" EBERSOL, LEGENDARY FIELD EXHIBITIONS, LLC, AAF PROPERTIES, LLC, EBERSOL SPORTS MEDIA GROUP, INC. AND DOES 1 THROUGH 200, INCLUSIVE | § § § § § § § | ORDER ON PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION |
| DEFENDANTS. | § | |

Before the Court is Plaintiffs COLTON SCHMIDT'S and REGGIE NORTHUP'S, individually and on behalf of others similarly situated (collectively, "Plaintiffs") Motion to Exceed Page Limitation ("Motion"). The Court, having considered the same, hereby **ORDERS** that the Motion is **GRANTED**.

**IT SO ORDERED.**

###

Respectfully submitted by:

*/s/ Jonathon Farahi, Esq._____*

**Boris Treyzon** (CA SBN 18893)
**Jonathon Farahi** (CA SBN 324316)

**Abir Cohen Treyzon Salo, LLP**
16001 Ventura Boulevard, Suite 200
Encino, California 91436
Phone: (424) 288-4367
Fax: (424) 288-4368
btreyzon@actslaw.com
jfarahi@actslaw.com