# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and Ebersol Sports Media Group, Inc.** , Debtor(s)

Adversary Proceeding No.: 19–05053–cag

Judge: Craig A. Gargotta

**Colton Schmidt et al.**
Plaintiff

v.

**AAF Players, LLC et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     VIA TELEPHONE

on     **5/13/20  at   09:30 AM**

TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (877) 336–1831 Access Code 5045963 (related document(s): 94 Motion to Dismiss For Failure To State A Claim For Relief Filed by Brent D. Hockaday for Defendant Thomas G. Dundon. (Attachments: # 1 Proposed Order) (Hockaday, Brent). Related document(s) 87 Second Amended Class Action Complaint filed by Plaintiff Colton Schmidt, Plaintiff Reggie Northrup. Modified on 4/17/2020 .) Hearing Scheduled For 5/13/2020 at 09:30 AM at VIA TELEPHONE (Elizondo, Lisa)

Dated:  4/20/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]