

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 08, 2020.**

_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE:<br>**LEGENDARY FIELD EXHIBITIONS, LLC, et al.** | **CASE NO. 19-50900-cag** |
| DEBTORS. | **CHAPTER 7** |

| | |
|---|---|
| **COLTON SCHMIDT, et al.,**<br>PLAINTIFFS, | |
| v. | **ADV. PROC. NO. 19-05053-cag** |
| **AAF PLAYERS, LLC, et al.,**<br>DEFENDANTS. | **JUDGE CRAIG A. GARGOTTA** |

**ORDER ON DEFENDANT THOMAS G. DUNDON'S**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR RELIEF**

Before the Court is Defendant Thomas G. Dundon's Motion to Dismiss for Failure

to State a Claim for Relief (the "Motion"). The Court, having considered same, finds it

should grant the Motion in part and deny the Motion in part. It is, therefore,

**ORDERED**, for the reasons stated on the record, the Motion is **GRANTED** with regard to Plaintiffs' promissory estoppel (Count III) cause of action asserted against Defendant Thomas G. Dundon contained in Plaintiffs' Second Amended Class Action Complaint for Damages, and such claim is hereby **DISMISSED** with prejudice to refiling same. It is further

**ORDERED**, for the reasons stated on the record, the Motion is **DENIED** with regard to Plaintiffs' fraud (Count V) and promissory fraud (Count VI) causes of action asserted against Defendant Thomas G. Dundon contained in Plaintiffs' Second Amended Class Action Complaint for Damages.

###

Order prepared and submitted by:
Jeffrey S. Lowenstein
Texas Bar No. 24007574
jlowenstein@bellnunnally.com
Alana K. Ackels
Texas State Bar No. 24066760
aackels@bellnunnally.com
Brent D. Hockaday
Texas State Bar No. 24071295
bhockaday@bellnunnally.com
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214.740.1400 (Telephone)
214.740.1499 (Facsimile)

*Attorneys for Defendant*
*Thomas G. Dundon*