#151 Motion to Quash and Motion for Protection from Third Party Subpoena to Capitol Broadcasting Company, Inc. filed by Brent D. Hockaday for Defendant Thomas G. Dundon

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Thomas G. Dundon | v. | Colton Schmidt | DISTRICT COURT Western - San Antonio |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY Brent Hockaday | | DEFENDANT'S ATTORNEY Boris Treyzon | DOCKET NUMBER 19-5053 (BK19-50900) |
| | | | TRIAL DATE(S) 4/21/21 |
| PRESIDING JUDGE **CRAIG A. GARGOTTA** | | ELECTRONIC COURT RECORDING OPERATOR Daniel Paez | COURTROOM DEPUTY **LISA ELIZONDO** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | DATE ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 4/21/21 | XX | 4/21/21 | Original Agreed Phase 1 Scheduling Order |
| | 2 | 4/21/21 | XX | 4/21/21 | First Amended Agreed Phase 1 Scheduling Order |
| | 3 | 4/21/21 | XX | 4/21/21 | Subpoena to Produce Documents, information or Objects or To Permit Inspection of Premises in a Bankruptcy Case. |
| | 4 | 4/21/21 | XX | 4/21/21 | Objections to Subpoena of Capitol Broadcasting Company, Inc. |
| | 5 | 4/21/21 | XX | 4/21/21 | Order Regarding Stipulation Extending Deadlines |
| C | | 4/21/21 | XX | 4/21/21 | Defendant's Thomas Dundon's Response to Plaintiff's Requests for Admission |

FILED APR 21 2021 U.S. BANKRUPTCY COURT BY ___ DEPUTY

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Page (s)