# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
**615 E. HOUSTON STREET, ROOM 597**
**SAN ANTONIO, TX 78205**

*Barry D. Knight* *(210) 472–6720*
CLERK OF COURT

**DATE:** June 16, 2021

**Brent D. Hockaday**
**Bell Nunnally Martin, LLP**
**2323 Ross Avenue, #1900**
**Dallas, TX 75201**

**RE: Exhibits**

Adversary Proceeding No.: **19–05053–cag**

Case Style: Schmidt et al v. AAF Players, LLC et al

Dear Mr. Hockaday:

A final order was entered on 5/5/21 regarding the following contested matters:

**#151 Motion To Quash and Motion for Protection from Third Party Subpoena To Capitol Broadcasting Company, Inc. filed by Brent D. Hockaday for Defendant Thomas G. Dundon.**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **6/28/21** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Daniel Paez

903 San Jacinto, Suite 322
Austin, Texas 78701
(512) 916–5237

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779–7362

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750–1513

[Exhibits Letter] [Ltrex]