**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 26, 2021.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 19-50900-CAG-7 |
| LEGENDARY FIELD EXHIBITIONS, LLC, ET AL, | § § § § | CHAPTER 7 |
| DEBTORS. | § § § | |
| COLTON SCHMIDT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED; ET. Al. | § § § § § § | |
| PLAINTIFFS, v. | § § § | ADV. PRO. NO. 19-05053 |
| AAF PLAYERS, LLC, ET AL. DEFENDANTS. | § § | |

**ORDER ABATING PHASE 1 SCHEDULING
ORDER DEADLINES AND SETTING STATUS CONFERENCE**

The Court has considered the Agreed Joint Motion to Abate Phase 1 Scheduling Order Deadlines and Set Status Conference and enters the following Orders:

PAGE 1

**IT IS ORDERED THAT** all current deadlines established in the Parties' Agreed Phase 1 Scheduling Order as it has been amended from time to time (See Docket No.'s 135, 147, 155, 171).

**IT IS FURTHER ORDERED THAT** the Class Certification currently set for October 7, 2021 is continued to a date to be set by the Court.

**IT IS FURTHER ORDERED THAT** a status conference will be held at a time the Court will schedule by separate directive according to the Court's usual procedures for setting hearings. Notice given on the Docket.

###

Submitted by:

Brian S. Engel
Barrett Daffin Frappier Turner & Engel, LLP
580 La Ventana Pkwy.
Driftwood, TX 78738
(512) 687-2503
(512) 477-1112
[brianen@bdfgroup.com](mailto:brianen@bdfgroup.com)