# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC** , Debtor(s)

Adversary Proceeding No.: 19–05053–cag

Judge: Craig A. Gargotta

**Colton Schmidt et al.**
Plaintiff

v.

**AAF Players, LLC et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    VIA PHONE:(650)479–3207; AC 160–591–1937

on    **9/13/21 at 01:30 PM**

TELEPHONIC Hearing to Consider and Act Upon the Following: (related document(s): 175 Joint Motion to (1) Preliminarily Approve Settlement Agreement, etc. Filed by Katharine Battaia Clark for Plaintiffs Reggie Northrup, Colton Schmidt. (Attachments: # 1 Exhibit Class Action Settlement Agreement # 2 Exhibit Class Notice # 3 Exhibit Preliminary Approval of Settlement # 4 Exhibit B. Treyzon Declaration # 5 Exhibit Declaration of N. Williams # 6 Exhibit Engel Declaration # 7 Proposed Order Preliminary Approval of Settlement)) Hearing Scheduled For 9/13/2021 at 01:30 PM at VIA TELEPHONE–Conference Dial–In Number: (650)479–3207; Access Code: 160–591–1937 (Elizondo, Lisa)

Dated: 8/30/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]