#175 Plaintiffs', Trustee's, and Ebersol's Joint Motion to (1) Preliminarily Approve the Settlement Agreement; (2) Grant Class Certification Pursuant to Settlement Agreement; (3) Appoint Class Counsel and Class Representatives Pursuant to Settlement Agreement; (4) Approve the Form and Manner of Notice to Class Members; (5) Set a Deadline for Objections to the Settlement; and (6) Schedule a Hearing for the Final Consideration and Approval of the Settlement filed by Katharine Battaia Clark for Plaintiffs Reggie Northrup, Colton Schmidt

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Colton Schmidt, ETAL | v. | AAF Players LLC, ETAL | DISTRICT COURT Western - San Antonio |
|---|---|---|---|
| **PLAINTIFF'S ATTORNEY** Boris Treyzon | | **DEFENDANT'S ATTORNEY** Brent Hockaday | **DOCKET NUMBER** 19-5053 (BK19-50900) |
| | | | **TRIAL DATE(S)** 9/13/21 |
| **PRESIDING JUDGE** **CRAIG A. GARGOTTA** | | **ELECTRONIC COURT RECORDING OPERATOR** Emilio Luna | **COURTROOM DEPUTY** **LISA ELIZONDO** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | DATE ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| A | | 9/13/21 | XX | 9/13/21 | Class Action Settlement Agreement |
| B | | 9/13/21 | XX | 9/13/21 | Class Notice |
| C | | 9/13/21 | XX | 9/13/21 | Preliminary Approval of Settlement |
| D | | 9/13/21 | XX | 9/13/21 | Declaration of B. Treyzon |
| E | | 9/13/21 | XX | 9/13/21 | Declaration of N. Williams |
| F | | 9/13/21 | XX | 9/13/21 | Declaration of B. Engel |

FILED
SEP 13 2021
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

' Page 1 of 1 Page(s)