# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC**, Debtor(s)

Adversary Proceeding No.: 19–05053–cag

Judge: Craig A. Gargotta

**Colton Schmidt et al.**
Plaintiff

v.

**AAF Players, LLC et al.**
Defendant

## RULING RESET
## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  VIA PHONE:(650)479–3207; AC 160–591–1937

on  **10/1/21 at 10:00 AM**

RULING RESET Upon the Following: (related document(s): 175 Plaintiffs', Trustee's, and Ebersol's Joint Motion to (1) Preliminarily Approve the Settlement Agreement; (2) Grant Class Certification Pursuant to Settlement Agreement; (3) Appoint Class Counsel and Class Representatives Pursuant to Settlement Agreement; (4) Approve the Form and Manner of Notice to Class Members; (5) Set a Deadline for Objections to the Settlement; and (6) Schedule a Hearing for the Final Consideration and Approval of the Settlement filed by Katharine Battaia Clark for Plaintiffs Reggie Northrup, Colton Schmidt. Hearing Scheduled For 10/1/2021 at 10:00 AM at VIA TELEPHONE–Conference Dial–In Number: (650)479–3207; Access Code: 160–591–1937 ***RESET PER THE COURT'S DIRECTION*** (Elizondo, Lisa)

Dated: 9/27/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]