# Christy Carouth

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Friday, October 15, 2021 1:06 PM |
| **To:** | TXWBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Western District of Texas - Returned Mail Notice, In re: , Case Number: 19-05053, cag, Ref: [p-169715895] |
| **Attachments:** | R_P519050531610654.PDF |

**CAUTION - EXTERNAL:**

Notice of Returned Mail to Court - Adversary Proceeding

October 15, 2021

From: The Bankruptcy Noticing Center

Re:   Returned Mail Notice - Adversary Proceeding

In re: Colton Schmidt, Plaintiff
       AAF Players, LLC, Defendant
       Adv. Proc. No. 19-05053 cag

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Brian S. Engel
Barrett Daffin Frappier Turner & Engel
3809 Juniper Trace, Suite 205
Austin, TX 78738-5538

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC**, Debtor(s)

Adversary Proceeding No.: 19–05053–cag

Judge: Craig A. Gargotta

**Colton Schmidt et al.**
Plaintiff

v.

**AAF Players, LLC et al.**
Defendant

## NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    VIA PHONE:(650)479–3207; AC 160–591–1937

on    **9/13/21 at 01:30 PM**

TELEPHONIC STATUS Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (650) 479–3207 Access Code 160–591–1937 – IF AN EVIDENTIARY HEARING IS REQUIRED PLEASE CONTACT LISA ELIZONDO AT lisa_elizondo@txwb.uscourts.gov (related document(s): 8 Court Entry: COMPLAINT Status Hearing Set For 9/13/2021 at 01:30 PM at VIA TELEPHONE–Conference Dial–In Number: (650)479–3207; Access Code: 160–591–1937 ***SET PER ORDER ABATING DEADLINES AND SETTING STATUS CONFERENCE*** (Elizondo, Lisa)

Dated: 8/27/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[**Status Hearing Notice (AP)**] [NtcsthrgAPap]