# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
**615 E. HOUSTON STREET, ROOM 597**
**SAN ANTONIO, TX 78205**

*Barry D. Knight*                                                                                                                       *(210) 472–6720*
CLERK OF COURT

**DATE:** October 22, 2021

Nicole Williams
Thompson Coburn LLP
2100 Ross Avenue, #3200
Dallas, TX 75201

**RE: Order Due**

Adversary Proceeding No.: **19–05053–cag**

Case Style: Schmidt et al v. AAF Players, LLC et al

Dear Ms. Williams:

During a periodic review of case files and docket sheets, the Clerk's Office records reflected that you were directed to prepare a form of order in conformance with the Court's ruling on

193 – 175

*175* – Plaintiffs', Trustee's, and Ebersol's Joint Motion to (1) Preliminarily Approve the Settlement Agreement; (2) Grant Class Certification Pursuant to Settlement Agreement; (3) Appoint Class Counsel and Class Representatives Pursuant to Settlement Agreement; (4) Approve the Form and Manner of Notice to Class Members; (5) Set a Deadline for Objections to the Settlement; and (6) Schedule a Hearing for the Final Consideration and Approval of the Settlement filed by Katharine Battaia Clark for Plaintiffs Reggie Northrup, Colton Schmidt. (Attachments: # 1 Exhibit Class Action Settlement Agreement # 2 Exhibit Class Notice # 3 Exhibit Preliminary Approval of Settlement # 4 Exhibit B. Treyzon Declaration # 5 Exhibit Declaration of N. Williams # 6 Exhibit Engel Declaration # 7 Proposed Order Preliminary Approval of Settlement) (Clark, Katharine)

According to our files, no such order has been entered, and as a result, the court records are incomplete.

Please submit a form of order, resolving the above–referenced matter, by **11/12/21**. If no order is received, the Court may dismiss the matter for want of prosecution.

                                                        Barry D. Knight
                                                        Clerk, U. S. Bankruptcy Court

                                                        BY:

**IF AN ORDER HAS ALREADY BEEN SENT, PLEASE DISREGARD THIS LETTER.**

(512) 916–5237						(915) 779–7362						(254) 750–1513

**[Order Due Letter]** [Ltrodap]