UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 19-50900-CAG-7 |
| LEGENDARY FIELD EXHIBITIONS, LLC, ET AL, | § § § § | CHAPTER 7 |
| DEBTORS. | § § § | |
| COLTON SCHMIDT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED; AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, | § § § § § § § § | |
| PLAINTIFFS, v. | § § § | ADV. PRO. NO. 19-05053 |
| AAF PLAYERS, LLC, THOMAS DUNDON, CHARLES "CHARLIE" EBERSOL, LEGENDARY FIELD EXHIBITIONS, LLC, AAF PROPERTIES, LLC, EBERSOL SPORTS MEDIA GROUP, INC. AND DOES 1 THROUGH 200, INCLUSIVE | § § § § § § § § | |
| DEFENDANTS. | § | |

**AMENDED NOTICE OF HEARING**

[NO DATE CHANGE. HEARING TO BE HELD VIRTUALLY]

**PLEASE TAKE NOTICE** that a hearing on *Plaintiffs, Trustee's, and Ebersol's Joint Motion to (1) Preliminary Approve the Settlement Agreement; (2) Grant Class Certification Pursuant to Settlement Agreement; (3) Appoint Class Counsel and Class Representatives Pursuant to Settlement Agreement; (4) Approve the Form and Manner of Notice to Class Members; (5) Set a Deadline for Objections to the Settlement; and (6) Schedule a Hearing for the Final Consideration ad Approval of the Settlement* [Dkt. 175] will be held before the Honorable Craig

AMENDED NOTICE OF HEARING -  Page 1

A. Gargotta on Tuesday, **February 8, 2022**, **at 9:30 a.m. (CST)** via WebEx per the following instructions:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/Gargotta

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207
Meeting ID: 160 591 1937

**PLEASE TAKE FURTHER NOTICE** that exhibits to be offered must be mailed or hand-delivered to the Clerk's office 7 days in advance of the scheduled hearing. Exhibits must be bound, tabbed and with a table of contents.

**PLEASE TAKE FURTHER NOTICE** that <u>listen-only</u> participation for the hearing is available per the following instructions:

Call-in number: 1-650-479-3207

Access code: 160 591 1937

Dated: January 20, 2022

Respectfully submitted,

**PLAINTIFFS COLTON SCHMIDT AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

| | |
|---|---|
| */s/ Jonathon Farahi, Esq.* | */s/ Nicole L. Williams, Esq.* |
| **Boris Treyzon** (CA SBN 18893) | **Nicole L. Williams** (SBN 24041784) |
| **Jonathon Farahi** (CA SBN 324316) | **Katharine Battaia Clark** (SBN 24046712) |
| | **John P. Atkins** (SBN 24097326) |
| **Abir Cohen Treyzon Salo, LLP** | **Thompson Coburn LLP** |
| 16001 Ventura Boulevard, Suite 200 | 2100 Ross Avenue, Suite 3200 |
| Encino, California 91436 | Dallas, Texas 75201 |
| Phone: (424) 288-4367 | Phone: (972) 629-7100 |
| Fax: (424) 288-4368 | Fax: (972) 629-7171 |
| btreyzon@actslaw.com | nwilliams@thompsoncoburn.com |
| jfarahi@actslaw.com | kclark@ThompsonCoburn.com |
| | jatkins@thompsoncoburn.com |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 20, 2022, a true and correct copy of the foregoing pleading has been served via electronic through the CM/ECF system.

*/s/ Katharine Battaia Clark*
Katharine Battaia Clark (SBN 24046712)