# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § § § | CASE NO. 19-50900-CAG-7 |
| LEGENDARY FIELD EXHIBITIONS, LLC, ET AL, | | |
| | | CHAPTER 7 |
| DEBTORS. | | |
| | | |
| COLTON SCHMIDT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED; AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, | § § § § § § § § § § | |
| PLAINTIFFS, | § § | ADV. PRO. NO. 19-05053 |
| v. | § § | |
| AAF PLAYERS, LLC, THOMAS DUNDON, CHARLES "CHARLIE" EBERSOL, LEGENDARY FIELD EXHIBITIONS, LLC, AAF PROPERTIES, LLC, EBERSOL SPORTS MEDIA GROUP, INC. AND DOES 1 THROUGH 200, INCLUSIVE | § § § § § § § § § | |
| DEFENDANTS. | § | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Amended Notice of Hearing* (Dkt. 200) was served on those parties listed on the attached service list on January 21, 2022 via US mail and email.

Dated: January 21, 2022

Respectfully submitted,

*/s/ Katharine Battaia Clark*

**Nicole L. Williams** (SBN 24041784)
**Katharine Battaia Clark** (SBN 24046712)
**John P. Atkins** (SBN 24097326)

**Thompson Coburn LLP**
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Phone: (972) 629-7100
Fax: (972) 629-7171
nwilliams@thompsoncoburn.com
kclark@ThompsonCoburn.com
jatkins@thompsoncoburn.com

**Attorneys for Plaintiffs Colton Schmidt and Reggie Northrup, Individually and On Behalf of Others Similarly Situated**

## SERVICE LIST

Randolph N. Osherow, Esq.
342 W. Woodlawn Avenue, Suite 100
San Antonio, TX 78212
rosherow@hotmail.com

Brent D. Hockaday, Esq.
Jeffrey S. Lowenstein, Esq.
Brent A. Turman, Esq.
Bell Nunnally & Martin
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
bhockaday@bellnunnally.com
jlowenstein@bellnunnally.com
bturman@bellnunnally.com

William N. Radford, Esq.
Thompson, Coe, Cousins & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
wradford@thompsoncoe.com

Brian S. Engel, Esq.
Barrett Daffin Frappier Turner & Engel
3809 Juniper Trace, Suite 205
Austin, TX 78738
brianen@bdfgroup.com

Patrick H. Autry, Esq.
Branscomb, PLLC
8023 Vantage, Suite 560
San Antonio, Texas 78230
pautry@branscomblaw.com

Michael J. Saltz, Esq.
Jacobson Russell Saltz Nassim & de la Torre
1880 Century Park East, Suite 900
Los Angeles, CA 90067
msaltz@jrsnd.com

*/s/ Katharine Battaia Clark, Esq.*
Katharine Battaia Clark (SBN 24046712)