UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> LEGENDARY FIELD § <br> EXHIBITIONS, LLC, ET AL, § <br> § <br>     DEBTORS. § <br> § <br> § | CASE NO. 19-50900-CAG-7 <br><br> CHAPTER 7 |
| COLTON SCHMIDT, INDIVIDUALLY § <br> AND ON BEHALF OF OTHERS § <br> SIMILARLY SITUATED; AND REGGIE § <br> NORTHRUP, INDIVIDUALLY AND ON § <br> BEHALF OF OTHERS SIMILARLY § <br> SITUATED, § <br> § <br>     PLAINTIFFS, § <br> v. § <br> § <br> AAF PLAYERS, LLC, THOMAS DUNDON, § <br> CHARLES "CHARLIE" EBERSOL, § <br> LEGENDARY FIELD EXHIBITIONS, § <br> LLC, AAF PROPERTIES, LLC, EBERSOL § <br> SPORTS MEDIA GROUP, INC. AND § <br> DOES 1 THROUGH 200, INCLUSIVE § <br> § <br>     DEFENDANTS. § | ADV. PRO. NO. 19-05053 |

## SECOND AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that movants file this Second Amended Notice of Hearing to clarify that the subject of the hearing previously noticed at Dkt. 200 shall be the <u>final</u> approval hearing pursuant to the *Court's Order (1) Preliminarily Approving the Settlement Agreement; (2) Granting Class Certification Pursuant to Settlement Agreement; (3) Appointing Class Counsel and Class Representatives Pursuant to Settlement Agreement; (4) Approving the Form and*

*Manner of Notice to Class Members; (5) Setting a Deadline for Objections to the Settlement; and (6) Scheduling a Hearing for the Final Consideration and Approval of the Settlement* [Dkt. 194].

PLEASE TAKE FURTHER NOTICE that **the Final Approval Hearing on the proposed Class Settlement** will take place before the Honorable Craig A. Gargotta on Tuesday, **February 8, 2022**, **at 9:30 a.m. (CST)** at which time the Court will consider, on a final basis, the relief requested at Dkt. 175, and will determine, as more fully set forth in the Court's Preliminary Approval Order [Dkt. 194, para. 10], whether the Settlement Agreement is fair, reasonable, and adequate and should receive final approval by the Court under Federal Rule of Civil Procedure 23(e), and shall further consider approval of compensation for class counsel and service awards for class representatives.

PLEASE TAKE FURTHER NOTICE that the Final Approval Hearing will include consideration of *Plaintiffs', Trustee's, and Ebersol's Joint Motion for (1) Final Approval of the Settlement Agreement; (2) Class Certification Pursuant to Settlement Agreement; (3) Appointment of Class Counsel and Class Representatives Pursuant to Settlement Agreement; and (4) Approval of Compensation for Class Counsel and Service Awards for Class Representatives.*

PLEASE TAKE FURTHER NOTICE that the Final Approval Hearing will be held via WebEx per the following instructions:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/Gargotta

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207
Meeting ID: 160 591 1937

**PLEASE TAKE FURTHER NOTICE** that exhibits to be offered must be mailed or hand-delivered to the Clerk's office 7 days in advance of the scheduled hearing. Exhibits must be bound, tabbed and with a table of contents.

**PLEASE TAKE FURTHER NOTICE** that **listen-only** participation for the hearing is available per the following instructions:

Call-in number: 1-650-479-3207

Access code:    160 591 1937


Dated: January 25, 2022

Respectfully submitted,

**PLAINTIFFS COLTON SCHMIDT AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

| /s/ Jonathon Farahi, Esq. | /s/ Katharine Battaia Clark |
|---|---|
| **Boris Treyzon** (CA SBN 18893) | **Nicole L. Williams** (SBN 24041784) |
| **Jonathon Farahi** (CA SBN 324316) | **Katharine Battaia Clark** (SBN 24046712) |
|  | **John P. Atkins** (SBN 24097326) |
| **Abir Cohen Treyzon Salo, LLP** | **Thompson Coburn LLP** |
| 16001 Ventura Boulevard, Suite 200 | 2100 Ross Avenue, Suite 3200 |
| Encino, California 91436 | Dallas, Texas 75201 |
| Phone: (424) 288-4367 | Phone: (972) 629-7100 |
| Fax: (424) 288-4368 | Fax: (972) 629-7171 |
| btreyzon@actslaw.com | nwilliams@thompsoncoburn.com |
| jfarahi@actslaw.com | kclark@ThompsonCoburn.com |
|  | jatkins@thompsoncoburn.com |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 25, 2022, a true and correct copy of the foregoing notice has been served via electronic through the CM/ECF system, to those parties listed below via email and U.S. Mail, and to those parties listed on the attached service list.

Randolph N. Osherow, Esq.
342 W. Woodlawn Avenue, Suite 100
San Antonio, TX 78212
*rosherow@hotmail.com*

Brian S. Engel, Esq.
Barrett Daffin Frappier Turner & Engel
580 La Ventana Pkwy
Driftwood, TX 78613
*brianen@bdfgroup.com*

Brent D. Hockaday, Esq.
Jeffrey S. Lowenstein, Esq.
Brent A. Turman, Esq.
Bell Nunnally & Martin
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
*bhockaday@bellnunnally.com*
*jlowenstein@bellnunnally.com*
*bturman@bellnunnally.com*

Patrick H. Autry, Esq.
Branscomb, PLLC
8023 Vantage, Suite 560
San Antonio, Texas 78230
*pautry@branscomblaw.com*

William N. Radford, Esq.
Thompson, Coe, Cousins & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
*wradford@thompsoncoe.com*

Michael J. Saltz, Esq.
Jacobson Russell Saltz Nassim & de la Torre
1880 Century Park East, Suite 900
Los Angeles, CA 90067
*msaltz@jrsnd.com*

*/s/ Katharine Battaia Clark*
Katharine Battaia Clark (SBN 24046712)