**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 19-50900-CAG-7** |
| **LEGENDARY FIELD** | § | |
| **EXHIBITIONS, LLC, ET AL,** | § | |
| | § | **CHAPTER 7** |
| DEBTORS. | § | |
| | § | |
| | § | |
| _____ | § | |
| | § | |
| **COLTON SCHMIDT, INDIVIDUALLY** | § | |
| **AND ON BEHALF OF OTHERS** | § | |
| **SIMILARLY SITUATED; AND REGGIE** | § | |
| **NORTHRUP, INDIVIDUALLY AND ON** | § | |
| **BEHALF OF OTHERS SIMILARLY** | § | |
| **SITUATED,** | § | |
| | § | |
| PLAINTIFFS, | § | **ADV. PRO. NO. 19-05053** |
| v. | § | |
| | § | |
| **AAF PLAYERS, LLC, THOMAS DUNDON,** | § | |
| **CHARLES "CHARLIE" EBERSOL,** | § | |
| **LEGENDARY FIELD EXHIBITIONS,** | § | |
| **LLC, AAF PROPERTIES, LLC, EBERSOL** | § | |
| **SPORTS MEDIA GROUP, INC. AND** | § | |
| **DOES 1 THROUGH 200, INCLUSIVE** | § | |
| | § | |
| DEFENDANTS. | § | |

## <u>PROOF OF MAILING OF CLASS NOTICE</u>

Class Counsel for the Settlement Class preliminarily approved by this Court on October 1, 2021, and by written order on November 3, 2021, now files this Proof of Mailing of Class Notice as required by this Court's Preliminary Approval Order. Dkt. No. 194. The exhibits attached hereto include the Declaration of Leslie Williams (Exhibit A), who testifies to Class Counsel's compliance with this Court's order, and documentary evidence establishing how notice was sent to the Settlement Class members.

The attached evidence also is separately incorporated into and will be separately filed (with different exhibit numbers) in the forthcoming Joint Motion by Colton Schmidt and Reggie Northrup (the "Lead Plaintiffs"), on behalf of themselves and all those similarly situated (collectively, the "Class" or the "Plaintiffs"); with Randal Osherow (the "Trustee"), as the duly-appointed Chapter 7 Trustee of AAF Players, LLC, Legendary Field Exhibitions, LLC, AAF Properties, LLC, Ebersol Sports Media Group, Inc., LFE 2, LLC, and We Are Realtime, LLC (collectively, the "Debtors" or "AAF"); and Charles "Charlie" Ebersol ("Ebersol") (Plaintiffs, Trustee, Debtors, and Ebersol are collectively the "Settling Parties") for (1) Final Approval of the Settlement Agreement; (2) Class Certification Pursuant to Settlement Agreement; (3) Appointment of Class Counsel and Class Representatives Pursuant to Settlement Agreement; and (4) Approval of Compensation for Class Counsel and Service Awards for Class Representatives.

Dated: January 27, 2022

Respectfully submitted,

**PLAINTIFFS COLTON SCHMIDT AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

*/s/ Jonathon Farahi, Esq.*_____            */s/ Katharine Battaia Clark*_____

**Boris Treyzon** (CA SBN 18893)              **Nicole L. Williams** (SBN 24041784)
**Jonathon Farahi** (CA SBN 324316)           **Katharine Battaia Clark** (SBN 24046712)
                                              **John P. Atkins** (SBN 24097326)


**Abir Cohen Treyzon Salo, LLP**              **Thompson Coburn LLP**
16001 Ventura Boulevard, Suite 200            2100 Ross Avenue, Suite 3200
Encino, California 91436                       Dallas, Texas 75201
Phone: (424) 288-4367                          Phone: (972) 629-7100
Fax: (424) 288-4368                            Fax: (972) 629-7171
btreyzon@actslaw.com                           nwilliams@thompsoncoburn.com
jfarahi@actslaw.com                            kclark@ThompsonCoburn.com
                                               jatkins@thompsoncoburn.com

## CERTIFICATE OF SERVICE

I hereby certify that, on January 27, 2022, a true and correct copy of the foregoing notice has been served via electronic through the CM/ECF system, to those parties listed below via email and U.S. Mail, and to those parties listed on the attached service list.

Randolph N. Osherow, Esq.
342 W. Woodlawn Avenue, Suite 100
San Antonio, TX 78212
*rosherow@hotmail.com*

Brian S. Engel, Esq.
Barrett Daffin Frappier Turner & Engel
580 La Ventana Pkwy
Driftwood, TX 78613
*brianen@bdfgroup.com*

Brent D. Hockaday, Esq.
Jeffrey S. Lowenstein, Esq.
Brent A. Turman, Esq.
Bell Nunnally & Martin
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
*bhockaday@bellnunnally.com*
*jlowenstein@bellnunnally.com*
*bturman@bellnunnally.com*

Patrick H. Autry, Esq.
Branscomb, PLLC
8023 Vantage, Suite 560
San Antonio, Texas 78230
*pautry@branscomblaw.com*

William N. Radford, Esq.
Thompson, Coe, Cousins & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
*wradford@thompsoncoe.com*

Michael J. Saltz, Esq.
Jacobson Russell Saltz Nassim & de la Torre
1880 Century Park East, Suite 900
Los Angeles, CA 90067
*msaltz@jrsnd.com*

*/s/ Katharine Battaia Clark*
Katharine Battaia Clark (SBN 24046712)