# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19−50900−cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC** , Debtor(s)

Adversary Proceeding No.: 19−05053−cag

Judge: Craig A. Gargotta

**Colton Schmidt et al.**
Plaintiff

v.

**AAF Players, LLC et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   us−courts.webex.com/meet/Gargotta

on   **2/8/22   at   09:30 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 204 Plaintiffs', Trustee's and Ebersol's Joint Motion for (1) Final Approval of Settlement Agreement; (2) Class Certification Pursuant to Settlement Agreement; (3) Appointment of Class Counsel and Class Representatives Pursuant to Settlement Agreement; and (4) Approval of Compensation for Class Counsel and Service Awards for Class Representatives filed by Katharine Battaia Clark for Plaintiff Reggie Northrup (Attachments: # 1 Appendix # 2 Proposed Order) (Clark, Katharine) (related document(s): 175 Plaintiffs', Trustee's, and Ebersol's Joint Motion to (1) Preliminarily Approve the Settlement Agreement; (2) Grant Class Certification Pursuant to Settlement Agreement; (3) Appoint Class Counsel and Class Representatives Pursuant to Settlement Agreement; (4) Approve the Form and Manner of Notice to Class Members; (5) Set a Deadline for Objections to the Settlement; and (6) Schedule a Hearing for the Final Consideration and Approval of the Settlement filed by Katharine Battaia Clark for Plaintiffs Reggie Northrup, Colton Schmidt)) Hearing Scheduled For 2/8/2022 at 09:30 AM at https://us%2Dcourts.webex.com/meet/Gargotta (Elizondo, Lisa)

Dated:  1/31/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court