**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 03, 2022.**



_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 19-50900-CAG-7 |
| LEGENDARY FIELD EXHIBITIONS, LLC, ET AL, | § § § | CHAPTER 7 |
| DEBTORS. | § § | |
| COLTON SCHMIDT, ET AL | § § § | |
| PLAINTIFFS, | § | ADV. PRO. NO. 19-05053 |
| v. | § § | |
| AAF PLAYERS, LLC, ET AL | § § | |
| DEFENDANTS. | § § | |

**ORDER GRANTING MOTION TO REDACT AND RESTRICT ACCESS**
[Relates to Dkt. 207]

Came on for consideration, Settling Parties' Motion to Redact and Restrict Access. The Court, having considered the Motion, finds that the Motion should be **GRANTED**. Accordingly, it is hereby

**ORDERED** that the clerk immediately remove from the docket Plaintiffs', Trustee's, and Ebersol's Joint Motion for (1) Final Approval of the Settlement Agreement; (2) Class Certification Pursuant to Settlement Agreement; (3) Appointment of Class Counsel and Class Representative Pursuant to Settlement agreement; and (4) Approval of Compensation for Class Counsel and Service Awards for Class Representatives [Dkt. 204]; it is further

**ORDERED** that Plaintiffs hereby refile Plaintiffs', Trustee's, and Ebersol's Joint Motion for (1) Final Approval of the Settlement Agreement; (2) Class Certification Pursuant to Settlement Agreement; (3) Appointment of Class Counsel and Class Representative Pursuant to Settlement agreement; and (4) Approval of Compensation for Class Counsel and Service Awards for Class in its entirety, inclusive of the redacted Appendix.

###

**APPROVED AS TO FORM :**

**PLAINTIFFS COLTON SCHMIDT AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

| | |
|---|---|
| */s/ Jonathon Farahi, Esq.* | */s/ Nicole L. Williams, Esq.* |
| **Boris Treyzon** (CA SBN 18893) | **Nicole L. Williams** (SBN 24041784) |
| **Jonathon Farahi** (CA SBN 324316) | **Katharine Battaia Clark** (SBN 24046712) |
| | **John P. Atkins** (SBN 24097326) |
| **Abir Cohen Treyzon Salo, LLP** | **Thompson Coburn LLP** |
| 16001 Ventura Boulevard, Suite 200 | 2100 Ross Avenue, Suite 3200 |
| Encino, California 91436 | Dallas, Texas 75201 |
| Phone: (424) 288-4367 | Phone: (972) 629-7100 |
| Fax: (424) 288-4368 | Fax: (972) 629-7171 |
| btreyzon@actslaw.com | nwilliams@thompsoncoburn.com |
| jfarahi@actslaw.com | kclark@ThompsonCoburn.com |
| | jatkins@thompsoncoburn.com |