UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-50900-CAG-7 |
| LEGENDARY FIELD | § | |
| EXHIBITIONS, LLC, ET AL, | § | |
| | § | CHAPTER 7 |
| DEBTORS. | § | |
| | § | |
| | § | |
| COLTON SCHMIDT, INDIVIDUALLY | § | |
| AND ON BEHALF OF OTHERS | § | |
| SIMILARLY SITUATED; AND REGGIE | § | |
| NORTHRUP, INDIVIDUALLY AND ON | § | |
| BEHALF OF OTHERS SIMILARLY | § | |
| SITUATED, | § | |
| | § | |
| PLAINTIFFS, | § | ADV. PRO. NO. 19-05053 |
| v. | § | |
| | § | |
| AAF PLAYERS, LLC, THOMAS DUNDON, | § | |
| CHARLES "CHARLIE" EBERSOL, | § | |
| LEGENDARY FIELD EXHIBITIONS, | § | |
| LLC, AAF PROPERTIES, LLC, EBERSOL | § | |
| SPORTS MEDIA GROUP, INC. AND | § | |
| DOES 1 THROUGH 200, INCLUSIVE | § | |
| | § | |
| DEFENDANTS. | § | |

**NOTICE OF RE-FILING OF JOINT MOTION WITH REDACTED APPENDIX**

**PLEASE TAKE NOTICE** that on January 27, 2022, the *Plaintiffs', Trustee's and Ebersol's Joint Motion for (1) Final Approval of the Settlement Agreement; (2) Class Certification Pursuant to Settlement Agreement; (3) Appointment of Class Counsel and Class Representatives Pursuant to Settlement Agreement; and (4) Approval of Compensation for Class Counsel and Service Awards for Class Representatives* [Dkt. 204] (the "**First-Filed Final Approval Motion**"). The First-Filed Final Approval Motion included an Appendix [Dkt. 204-1]

in support (the "**First-Filed Appendix**"); however, the First-Filed Appendix inadvertently included one exhibit without required redactions.[1]

**PLEASE TAKE FURTHER NOTICE** that on February 2, 2022, Plaintiffs filed a *Motion to Redact and Restrict Access* [Dkt. 207] (the "**Redaction Motion**") and, on filing of the Redaction Motion, the First-Filed Final Approval Motion, inclusive of the First-Filed Appendix, was removed from public view on the Court's electronic docket for this proceeding.

**PLEASE TAKE FURTHER NOTICE** that on February 3, 2022, *Plaintiffs', Trustee's and Ebersol's Joint Motion for (1) Final Approval of the Settlement Agreement; (2) Class Certification Pursuant to Settlement Agreement; (3) Appointment of Class Counsel and Class Representatives Pursuant to Settlement Agreement; and (4) Approval of Compensation for Class Counsel and Service Awards for Class Representatives* was re-filed at Dkt. 210 (the "**Second-Filed Final Approval Motion**"), with a corrected, redacted appendix (the "**Redacted Appendix**"). There was no change in the Second-Filed Final Approval Motion itself. Rather, the motion was re-filed, in full, in compliance with the Court's procedures, to include the Redacted Appendix. Should any party to this Adversary Proceeding wish to obtain a hard copy of the Redacted Appendix, it may request the same from the undersigned counsel or access the same via https://pacer.uscourts.gov.

---

[1] The First-Filed Approval Motion was served in hard copy, inclusive of the First-Filed Appendix, with all parties receiving service by mail being entitled to un-redacted copies of the appendix.

DATED: February 3, 2022                    Respectfully submitted,

                                           */s/ Katharine Battaia Clark*

**Boris Treyzon** (CA SBN 18893)           **Nicole L. Williams** (SBN 24041784)
**Jonathon Farahi** (CA SBN 324316)        **Katharine Battaia Clark** (SBN 24046712)
                                           **John P. Atkins** (SBN 24097326)

**Abir Cohen Treyzon Salo, LLP**           **Thompson Coburn LLP**
16001 Ventura Boulevard, Suite 200         2100 Ross Avenue, Suite 3200
Encino, California 91436                   Dallas, Texas 75201
Phone: (424) 288-4367                      Phone: (972) 629-7100
Fax: (424) 288-4368                        Fax: (972) 629-7171
btreyzon@actslaw.com                       nwilliams@thompsoncoburn.com
jfarahi@actslaw.com                        kclark@ThompsonCoburn.com
                                           jatkins@thompsoncoburn.com

**ATTORNEYS FOR PLAINTIFFS COLTON SCHMIDT AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

## CERTIFICATE OF SERVICE

I hereby certify that, on February 3, 2022, a true and correct copy of the foregoing Motion has been served via electronic through the CM/ECF system, and to those parties listed below via email and U.S. Mail.

Randolph N. Osherow, Esq.
342 W. Woodlawn Avenue, Suite 100
San Antonio, TX 78212
*rosherow@hotmail.com*

Brian S. Engel, Esq.
Barrett Daffin Frappier Turner & Engel
580 La Ventana Pkwy
Driftwood, TX 78619
*brianen@bdfgroup.com*

Brent D. Hockaday, Esq.
Jeffrey S. Lowenstein, Esq.
Brent A. Turman, Esq.
Bell Nunnally & Martin
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
*bhockaday@bellnunnally.com*
*jlowenstein@bellnunnally.com*
*bturman@bellnunnally.com*

Patrick H. Autry, Esq.
Branscomb, PLLC
8023 Vantage, Suite 560
San Antonio, Texas 78230
*pautry@branscomblaw.com*

William N. Radford, Esq.
Thompson, Coe, Cousins & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
*wradford@thompsoncoe.com*

Michael J. Saltz, Esq.
Jacobson Russell Saltz Nassim & de la Torre
1880 Century Park East, Suite 900
Los Angeles, CA 90067
*msaltz@jrsnd.com*

United States Trustee
615 E. Houston St., Suite 533
San Antonio, TX 78205

*/s/ Katharine Battaia Clark*
Katharine Battaia Clark (SBN 24046712)