

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 14, 2022.**

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-50900-CAG-7 |
| LEGENDARY FIELD | § | |
| EXHIBITIONS, LLC, ET AL, | § | |
| | § | CHAPTER 7 |
| DEBTORS. | § | |
| _____ | § | |
| COLTON SCHMIDT AND REGGIE | § | |
| NORTHRUP, INDIVIDUALLY | § | |
| AND ON BEHALF OF OTHERS | § | |
| SIMILARLY SITUATED, | § | |
| PLAINTIFFS, | § | ADV. PRO. NO. 19-05053 |
| v. | § | |
| | § | |
| AAF PLAYERS, LLC, et al | § | |
| DEFENDANTS. | § | |

**ORDER GRANTING PLAINTIFFS', TRUSTEE'S, AND EBERSOL'S JOINT MOTION FOR
ENTRY OF PARTIAL FINAL JUDGMENT
UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7054(a)
<u>AND FEDERAL RULE OF CIVIL PROCEDURE 54(b)</u>**

Colton Schmidt and Reggie Northrup (the "Lead Plaintiffs"), on behalf of themselves and the Settlement Class certified by this Court (collectively, the "Class" or the "Plaintiffs"); Randal Osherow (the "Trustee"), as the duly-appointed Chapter 7 Trustee of AAF Players, LLC, Legendary Field Exhibitions, LLC, AAF Properties, LLC, Ebersol Sports Media Group, Inc., LFE 2, LLC, and We Are Realtime, LLC (collectively, the "Debtors" or "AAF"); and Charles "Charlie" Ebersol ("Ebersol") (Plaintiffs, Trustee, Debtors, and Ebersol are collectively the "Movants") have filed a *Joint Motion for Entry of Partial Final Judgment Under Federal Rule of Bankruptcy Procedure 7054(a) and Federal Rule of Civil Procedure 54(b)* (the "Motion," Dkt. 219) seeking certification of this Court's *Order for (1) Final Approval of the Settlement Agreement; (2) Class Certification Pursuant to Settlement Agreement; (3) Appointment of Class Counsel and Class Representatives Pursuant to Settlement Agreement; and (4) Approval of Compensation for Class Counsel and Service Awards for Class Representatives*, Dkt. 215, entered on February 9, 2022 (the "Final Approval Order"), as "final" under Federal Rule of Civil Procedure 54(b). Having considered the Motion, the applicable law, the arguments of counsel, and the relief sought, the Court GRANTS the Motion and finds as follows:

(1) This adversary proceeding presents "more than one claim for relief" and "multiple parties are involved[.]" FED. R. CIV. P. 54(b).

(2) The claims and settlement terms that the Motion asks to be rendered final are easily separable from all other issues in this litigation and are resolved as set forth in the Final Approval Order.

(3) Certification of the Final Approval Order as a final judgment will not result in any appellate court being forced to litigate the same issue more than once.

**ORDER** Page 2

(4) Granting this Motion and entering a final judgment with respect to the Final Approval Order will limit the remaining issues and procedurally simplify this adversary proceeding.

(5) The balance of equities and the interests of judicial economy weigh in favor of granting the Motion.

(6) For these reasons, this Court, acting within its discretion under Federal Rule of Civil Procedure 54(b) and Federal Rule of Bankruptcy Procedure 7054, hereby expressly finds that there is no just reason for delay in entering final judgment with respect to the Final Approval Order, Dkt. 215.

It is therefore ORDERED, ADJUDGED, AND DECREED that Motion is GRANTED, and that this Court's Final Approval Order, Dkt. 215, will be rendered final by issuance of Final Judgment under a separate cover.

###

APPROVED AS TO FORM:

*/s/ Jonathon Farahi, Esq.*

**Boris Treyzon** (CA SBN 18893)
**Jonathon Farahi** (CA SBN 324316)

**Abir Cohen Treyzon Salo, LLP**
16001 Ventura Boulevard, Suite 200
Encino, California 91436
Phone: (424) 288-4367
Fax: (424) 288-4368
btreyzon@actslaw.com
jfarahi@actslaw.com

*/s/ Nicole L. Williams, Esq.*

**Nicole L. Williams** (SBN 24041784)
**Katharine Battaia Clark** (SBN 24046712)
**John P. Atkins** (SBN 24097326)

**Thompson Coburn LLP**
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Phone: (972) 629-7100
Fax: (972) 629-7171
nwilliams@thompsoncoburn.com
kclark@thompsoncoburn.com
jatkins@thompsoncoburn.com

**ATTORNEYS FOR COLTON SCHMIDT, REGGIE NORTHRUP, AND THE SETTLEMENT CLASS**

*/s/ Brian S. Engel, Esq.*

**Brian S. Engel**

**Barrett Daffin Frappier Turner & Engel**
580 La Ventana Pkwy.
Driftwood, TX 78619
brianen@bdfgroup.com

**ATTORNEYS FOR DEBTORS AND TRUSTEE**

*/s/Michael J. Saltz*

**Michael J. Saltz**

**Jacobson, Russell, Saltz, Nassim & de la Torre**
1880 Century Park East, Suite 900
Los Angeles, CA 90067
msaltz@jrsnd.com

**ATTORNEYS FOR EBERSOL**