**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>LEGENDARY FIELD EXHIBITION, LLC, ET AL,<br><br>    DEBTORS. | § § § § § § § § § | CASE NO. 19-50900-CAG-7<br><br>CHAPTER 7 |
| COLTON SCHMIDT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED; AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>    PLAINTIFFS,<br><br>AAF PLAYERS, LLC, THOMAS DUNDON, CHARLES "CHARLIE" EBERSOL, LEGENDARY FIELD EXHIBITIONS, LLC, AAF PROPERTIES, LLC, EBERSOL SPORTS MEDIA GROUP, INC. AND DOES 1 THROUGH 200, INCLUSIVE,<br><br>    DEFENDANTS. | § § § § § § § § § § § § § § § § § § § | ADV. PROC. NO. 19-05053 |

**UPDATED JOINT STATUS REPORT**

As a follow up to the Joint Status Report filed on March 10, 2022, Plaintiffs Colton Schmidt and Reggie Northrup, individually and on behalf of others similarly situated, (collectively "Plaintiffs"), Randolph N. Osherow ("Trustee"), the duly appointed Chapter 7 Trustee of the jointly administered bankruptcy estates of AAF Players, LLC, Legendary Field Exhibitions, LLC, AAF Properties, LLC, and Ebersol Sports Media Group, Inc. (the entities are referred to collectively as "Debtors") and Defendant Thomas Dundon ("Dundon") submit this Updated Joint Status Report:

1. On March 10, 2022, the Plaintiffs, the Trustee on behalf of the Debtors, and Dundon filed a Joint Status Report, updating the Court on the procedural status of the case and informing the Court of the parties working together to draft a scheduling order to conclude Phase I of discovery, covering class certification issues.

2. The parties originally anticipated completing a scheduling order by Friday, March 18, 2022. The parties have been working together diligently to map out the remainder of Phase I discovery, but they need additional time to clarify certain procedural positions in light of the terms of the settlement agreement. Accordingly, they plan to submit a proposed scheduling order to the Court, along with any other updates, by March 29, 2022.

Respectfully submitted,

**PLAINTIFFS COLTON SCHMIDT AND REGGIE NORTHRUP, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

| | |
|---|---|
| */s/ Jonathon Farahi* | */s/ Nicole L. Williams* |
| **Boris Treyzon** (CA SBN 18893) | **Nicole L. Williams** (SBN 24041784) |
| **Jonathon Farahi** (CA SBN 324316) | **Katharine Battaia Clark** (SBN 24046712) |
| | **John P. Atkins** (SBN 24097326) |
| **Abir Cohen Treyzon Salo, LLP** | **Thompson Coburn LLP** |
| 16001 Ventura Boulevard, Suite 200 | 2100 Ross Avenue, Suite 3200 |
| Encino, California 91436 | Dallas, Texas 75201 |
| Phone: (424) 288-4367 | Phone: (972) 629-7100 |
| Fax: (424) 288-4368 | Fax: (972) 629-7171 |
| btreyzon@actslaw.com | nwilliams@thompsoncoburn.com |
| jfarahi@actslaw.com | KClark@ThompsonCoburn.com |
| | JAtkins@thompsoncoburn.com |

**DEFENDANT THOMAS DUNDON**

| | |
|---|---|
| */s/ Brent D. Hockaday* | */s/ Patrick H. Autry* |
| **Brent D. Hockaday** (SBN 24071295) | **Patrick H. Autry** (SBN 01447600) |
| **Jeffrey S. Lowenstein** (SBN 24007574) | |
| **Brent A. Turman** (SBN 24077506) | |
| **Bell Nunnally & Martin** | **Branscomb, PLLC** |
| 2323 Ross Avenue, Suite 1900 | 4360 North Loop 1604 W. |
| Dallas, Texas 75201 | San Antonio, Texas 78249 |
| Phone: (214) 740-1400 | Phone: (210) 598-5400 |
| Fax: (214) 740-1499 | pautry@branscomblaw.com |
| bhockaday@bellnunnally.com | |
| jlowenstein@bellnunnally.com | |
| bturman@bellnunnally.com | |

**TRUSTEE AND DEBTORS**

*/s/ Brian S. Engel*

**Brian S. Engel**
**Barrett Daffin Frappier Turner & Engel**
580 La Ventana Pkwy.
Driftwood, Texas 78619
brianen@bdfgroup.com

## CERTIFICATE OF SERVICE

  I certify on March 18, 2022, I served the foregoing document with the counsel of record by electronic means.

Boris Treyzon
Jonathon S. Farahi
Abir Cohen Treyzon Sala, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
Email: JFarahi@actslaw.com
Email: btreyzon@actslaw.com

Brian S. Engel
Barrett Daffin Frappier Turner & Engel
580 La Ventana Pkwy.
Driftwood, TX 78619
Email: brianen@bdfgroup.com

*Counsel for Trustee Randolph N. Osherow*

AND

Nicole L. Williams
Katharine Battaia Clark
John P. Atkins
Thompson Coburn LLP
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
Email: nwilliams@thompsoncoburn.com
Email: kclark@thompsoncoburn.com
Email: jatkins@thompsoncoburn.com

*Counsel for Plaintiffs*

  */s/ Brent D. Hockaday*
  Brent D. Hockaday