

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 05, 2022.**

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: | |
| LEGENDARY FIELD EXHIBITIONS, LLC, et al. | CASE NO. 19-50900-cag |
| DEBTORS. | CHAPTER 7 |
| COLTON SCHMIDT, et al., PLAINTIFFS, | |
| v. | ADV. PROC. NO. 19-05053-cag |
| AAF PLAYERS, LLC, et al., DEFENDANTS. | JUDGE CRAIG A. GARGOTTA |

### ORDER GRANTING DEFENDANT THOMAS G. DUNDON'S UNOPPOSED MOTION FOR LEAVE TO FILE IN EXCESS OF PAGE LIMITS

Before the Court is Defendant Thomas G. Dundon's Unopposed Motion for Leave to File in Excess of Page Limits (the "Motion"). The Court, having considered same, finds it should grant the Motion. It is, therefore,

**ORDERED** the Motion is **GRANTED**, and Defendant Thomas G. Dundon may file his Motion to Dismiss, which is 28 pages exclusive of the caption, signature block, any certificate, and accompanying documents.

# # #

Prepared and submitted by,

| | |
|---|---|
| */s/ Brent D. Hockaday* | */s/ Patrick H. Autry* |
| Jeffrey S. Lowenstein | BRANSCOMB PLLC |
| Texas Bar No. 24007574 | Patrick H. Autry |
| jlowenstein@bellnunnally.com | Texas Bar No. 01447600 |
| Brent D. Hockaday | pautry@branscomblaw.com |
| Texas Bar No. 24071295 | 8023 Vantage, Suite 560 |
| bhockaday@bellnunnally.com | San Antonio, Texas 78230 |
| 2323 Ross Avenue, Suite 1900 | 210.598.5400 (Telephone) |
| Dallas, Texas 75201 | 210.598.5405 (Facsimile) |
| 214.740.1400 (Telephone) | |
| 214.740.1499 (Facsimile) | |

**ATTORNEYS FOR DEFENDANT THOMAS G. DUNDON**