**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE: | |
| **LEGENDARY FIELD EXHIBITIONS, LLC, et al.** | **CASE NO. 19-50900-cag** |
| DEBTORS. | **CHAPTER 7** |
| **COLTON SCHMIDT, et al.,** | |
| PLAINTIFFS, | |
| v. | **ADV. PROC. NO. 19-05053-cag** |
| **AAF PLAYERS, LLC, et al.,** | **JUDGE CRAIG A. GARGOTTA** |
| DEFENDANTS. | |

**ORDER GRANTING DEFENDANT THOMAS G. DUNDON'S**
**MOTION TO DISMISS**

Before the Court is Defendant Thomas G. Dundon's Motion to Dismiss (the "Motion").

The Court, having considered same, finds it should grant the Motion. It is, therefore,

**ORDERED** the Motion is **GRANTED**, and all causes of action asserted against Defendant Thomas G. Dundon contained in Plaintiffs' Second Amended Class Action Complaint for Damages, including fraud and promissory fraud, are hereby **DISMISSED** with prejudice to refiling same.

###

Prepared and submitted by,

| | |
|---|---|
| */s/ Brent D. Hockaday* | */s/ Patrick H. Autry* |
| Jeffrey S. Lowenstein | BRANSCOMB PLLC |
| Texas Bar No. 24007574 | Patrick H. Autry |
| jlowenstein@bellnunnally.com | Texas Bar No. 01447600 |
| Brent D. Hockaday | pautry@branscomblaw.com |
| Texas Bar No. 24071295 | 8023 Vantage, Suite 560 |
| bhockaday@bellnunnally.com | San Antonio, Texas 78230 |
| 2323 Ross Avenue, Suite 1900 | 210.598.5400 (Telephone) |
| Dallas, Texas 75201 | 210.598.5405 (Facsimile) |
| 214.740.1400 (Telephone) | |
| 214.740.1499 (Facsimile) | |

**ATTORNEYS FOR DEFENDANT THOMAS G. DUNDON**