# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC**, Debtor(s)

Adversary Proceeding No.: 19–05053–cag

Judge: Craig A Gargotta

**Colton Schmidt et al.**
Plaintiff

v.

**AAF Players, LLC et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on  **5/18/22 at 09:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 229 Motion to Dismiss Party – Thomas G. Dundon, Filed by Brent D. Hockaday for Defendant Thomas G. Dundon. (Attachments: # 1 Appendix to Dundon's Motion to Dismiss # 2 Proposed Order Granting Defendant Thomas G. Dundon's Motion to Dismiss)) Hearing Scheduled For 5/18/2022 at 09:00 AM at SA Courtroom 3 (Elizondo, Lisa)

Dated: 4/12/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]