| | |
|---|---|
| From: | Daniel Paez |
| To: | btreyzon@actslaw.com |
| Subject: | RETURN OF EXHIBITS - (DOC #214) - RE: ADVERSARY CASE NUMBER 19-5053 |
| Date: | Wednesday, May 18, 2022 4:33:00 PM |
| Attachments: | 19-5053-exhltr-treyzon-214.pdf |
| | 19-5053-exhlist-210.pdf |

*Dear : Mr. Treyzon*

*A final order was entered on **5/3/22** regarding the following contested matters:*

**#210 Plaintiffs', Trustee's and Ebersol's Joint Motion (1) Final Approval of the Settlement Agreement; (2) Class Certification Pursuant to Settlement Agreement, (3) Appointment of Class Counsel and Class Representatives Pursuant to Settlement Agreement; and (4) Approval of Compensation for Class Counsel and Service Awards for Class Representatives filed by Katherine Battaia Clark for Plaintiffs Reggie Northrup, Colton Schmidt.**

*Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.*

*Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **(5/31/22)**.*

**If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.**

*Attached is a copy of the Exhibit Letter and Exhibit and Witness List for your review.*

*Thank you,*  NO RESPONSE AS OF 6/13/22
EXHIBITS DESTROYED

*Daniel Paez*

**Case Manager**
**U.S. Bankruptcy Clerk's Office**
**Ph# 210-472-6720 x 5739**
Daniel_Paez@txwb.uscourts.gov